UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSEPH E. HYSON, JR.,

Plaintiff,

v.

1:26-CV-1210
(GTS/MJK)

RENSSELAER COUNTY TROY, NY, *et al.,*

Defendants.

---

APPEARANCES:

JOSEPH E. HYSON, JR.
Plaintiff, *Pro Se*
24 Quail Street, 1st Floor
Albany, New York 12206

GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

Currently before the Court, in this *pro se* civil rights action filed by Joseph E. Hyson, Jr., ("Plaintiff") against Rensselaer County, Albany County, City of Troy, Town of East Greenbush Progressive Insurance, the New York State Department of Motor Vehicles, City of Albany Police Department, Albany County Sheriff's Office, John Doe Police Officers 1-10, Assistant District Attorney John Does 1-10 and others ("Defendants"), is United States Magistrate Judge Mitchell J. Katz's Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed without prejudice and with leave to amend for failure to comply with Fed. R. Civ. P. 8, 18 and 20. (Dkt. No. 6.) Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.) Instead, Plaintiff has filed

two motions: a letter-motion for an Order permitting him to amend his Complaint and appointing him counsel (Dkt. No. 7); and subsequently a motion to voluntarily withdraw his Complaint without prejudice to refiling at a later date, and to retain a claim against the Small Business Administration (Dkt. No. 8).

After carefully reviewing the relevant papers herein, including Magistrate Judge Katz's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Katz employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein. To those reasons, the Court adds only three brief points.

First, Plaintiff's letter-motion for an Order permitting him to amend his Complaint and appointing him counsel (Dkt. No. 7) is denied without prejudice as moot and alternatively as unsupported by a showing of cause. Plaintiff's subsequent motion makes clear his intent not to amend his Complaint in this action. As a result, it would be both futile and a waste of time and judicial resources to grant him such leave in this action.

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

Second, Plaintiff's motion to voluntarily withdraw his Complaint without prejudice to refiling at a later date (Dkt. No. 8) is granted in part and denied in part. Specifically, to the extent that Plaintiff's motion states his intent not to file an Amended Complaint in this action that corrects the pleading defects identified in the Report-Recommendation, the Court acknowledges that intent and Plaintiff's right to make that decision. Otherwise, the Court denies the request as moot and alternatively as unsupported by showing of cause. Plaintiff is respectfully reminded that, should there come a time when he would like to refile the claims currently asserted in his Complaint, he may do so (because the current dismissal is only without prejudice), but he must correct the pleading defects in those claims identified in the Report-Recommendation (because of the findings rendered in that Report-Recommendation).

Third, Plaintiff's motion to "preserve and maintain" a claim against the Small Business Administration (Dkt. No. 8) is denied without prejudice as moot and alternatively as unsupported by a showing of cause. The Small Business Administration does not appear to be named as a Defendant in either Plaintiff's original Complaint or his (now-withdrawn) proposed Amended Complaint. (*See generally* Dkt. No. 1; Dkt. No. 7, Attach. 1.) Furthermore, Plaintiff does not need leave of the Court to include such a claim within any newly filed action.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Katz's Report-Recommendation (Dkt. No.6) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiff's letter-motion for an Order permitting him to amend his Complaint and appointing him counsel (Dkt. No. 7) is **DENIED without prejudice**; and it is further

**ORDERED** that Plaintiff's motion to voluntarily withdraw his Complaint without prejudice to refiling at a later date (Dkt. No. 8) is **GRANTED in part** and **DENIED in part** in accordance with this Decision and Order; and it is further

**ORDERED** that Plaintiff's motion to "preserve and maintain" a claim against the Small Business Administration (Dkt. No. 8) is **DENIED without prejudice**.

The Court certifies that an appeal from this Decision and Order would not be taken in good faith.

Dated: August 24, 2026
Syracuse, New York

HON. GLENN T. SUDDABY
United States District Judge